Andrew Mitchell, WSBA 30399      HONORABLE THOMAS O. RICE
MITCHELL & MITCHELL PLLC
1710 N. Washington Street, #200
Spokane, WA 99205
Telephone: 509.315.9890
Facsimile: 509.315.9891
amitchell@mitchell-lp.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JEREMY WEST, ) No. 2:23-CV-00106
    Plaintiff, )
) MOTION FOR ADMISSION
vs. ) PRO HAC VICE
)
BNSF RAILWAY CO., )
    Defendant. )

Pursuant to Local Rule 83.2(c) of the United States District Court for the Eastern District of Washington, Bryan P. Neal, of Holland & Knight LLP, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Defendant BNSF Railway Company. Defendant BNSF Railway Company desires to be represented by their retained counsel, Bryan P. Neal.

The applicant hereby attests as follows:

1. Applicant resides in Texas, and practices at the following address and phone number: Holland & Knight LLP, One Arts Plaza, 1722 Routh Street, Suite 1500, Dallas, TX 75201; (214) 969-1762.

MOTION FOR ADMISSION PRO HAC VICE - 1

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts:                                                                Dates:

State of Texas                                                    11/05/1993

3. Applicant is in good standing and eligible to practice in said court.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Andrew Mitchell, a member in good standing of the bar of this court, of the firm of Mitchell & Mitchell, PLLC, practices at the following office address and phone number: 1710 N. Washington Street, Suite 200, Spokane, WA 99205; (509) 315-9890, and is hereby designated as co-counsel with authority to act as attorney of records for all purposes. Said designee hereby consents to this designation by signing this application.

DATED this 8th day of May 2023.

_____        _____
Applicant                                                              Designee
Signed under penalty of perjury.

MOTION FOR ADMISSION PRO HAC VICE - 2

# CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of May 2023, I electronically filed the preceding pleading with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Joseph A. Grube, WSBA 26476<br>Karen Orehoski, WSBA 35855<br>Grube Orehoski, PLLC<br>1200 Fifth Avenue, Suite 1711<br>Seattle, WA 98101 | _____ U.S. MAIL<br>__✓__ FAX 206.770.7607<br>__✓__ EMAIL<br>joe@go-trial.com<br>karen@go-trial.com |
| Nicholas D. Thompson, *pro hac vice*<br>Casey Jones Law<br>3520 Cherryvale Avenue, Suite 83<br>Appleton, WI 54913 | _____ U.S. MAIL<br>__✓__ FAX<br>__✓__ EMAIL<br>nthompson@caseyjones.law |

/s/ Andrew Mitchell
Andrew Mitchell

MOTION FOR ADMISSION PRO HAC VICE - 3