FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 30, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEREMY WEST,<br><br>        Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>        Defendant. | NO: 2:23-CV-0106-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

    BEFORE THE COURT is the parties' Stipulation of Dismissal with Prejudice. ECF No. 106. The parties agree that Plaintiff's claims against Defendant should be dismissed with prejudice and with each party to bear its own costs of court and attorney's fees except as may have been agreed otherwise. The Court has reviewed the record and files herein and is fully informed.

    According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and with each party to bear its own costs of court and attorney's fees except as may have been agreed otherwise.

2. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED June 30, 2025.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2